UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEANGELO LEE BAKER,

        Petitioner,        Case No. 1:15-cv-437

v.

        Honorable Paul L. Maloney

DAVID FENBY,

        Respondent.
_____/

## JUDGMENT

For the reasons set forth in the Order issued on this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice.


Dated:  June 22, 2015        /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              Chief United States District Judge